DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

STATE v. ERWIN

No. 141P85.

Case below: 72 N.C. App. 536.

Petition by Attorney General for discretionary review under G.S. 7A-31 denied 4 June 1985.

STATE v. EVANS

No. 249A85.

Case below: 74 N.C. App. 31.

Petition by defendant for writ of supersedeas and temporary stay allowed 22 May 1985.

STATE v. FINGER

No. 94P85.

Case below: 72 N.C. App. 569.

Petition by defendant for discretionary review under G.S. 7A-31 denied 7 May 1985.

STATE v. GOODING

No. 171P85.

Case below: 70 N.C. App. 788.

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 4 June 1985.

STATE v. HARRIS

No. 177P85.

Case below: 73 N.C. App. 335.

Petition by defendant for discretionary review under G.S. 7A-31 denied 7 May 1985. Motion by Attorney General to dismiss appeal for lack of substantial constitutional question allowed 7 May 1985.